Judge James L. Robart

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
9                                       AT SEATTLE

10   UNITED STATES OF AMERICA,              )
                                            )    NO.   CR05-0309JLR
11              Plaintiff,                   )
                                            )
12              v.                           )
                                            )    ORDER EXTENDING TIME FOR
13   KELTON DANKERT,                        )    COMPETENCY RESTORATION PROCESS
                                            )    PURSUANT TO TITLE 18 U.S.C. § 4241(d)
14              Defendant.                   )
     ─────────────────────────────────     )
15

16        IT IS HEREBY ORDERED, pursuant to Title 18, U.S.C. § 4241(d), that the time for

17   defendant's competency restoration process be extended by an additional four months, up to and

18   including January 17, 2007.

19        IT IS FURTHER ORDERED, that the Attorney General and the Bureau of Prisons shall

20   hospitalize Mr. Dankert in a secure, structured setting, to undergo a competency restoration

21   process which would include, as necessary, psychiatric medications, substance abuse treatment,

22   and individual therapy;

23        IT IS FURTHER ORDERED, that such treatment be for a reasonable time, not to exceed

24   an additional four months, without further order of this Court.

25        IT IS FURTHER ORDERED, that the mental health professionals acting on behalf of the

26   Attorney General prepare periodic and final reports of their initial examination of Mr. Dankert, of

27   his progress throughout his treatment, and, before the conclusion of the four month time period, a

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   full report of his mental health and competency status, and that these reports be filed with the

2   Court, with copies provided to counsel for Mr. Dankert and the United States.

3

4        IT IS SO ORDERED

5        DATED this 27th day of October, 2006.

6

7

8

9        _____
         JAMES L. ROBART
10       United States District Judge

11

12

13   Presented by:

14   JOHN McKAY
     United States Attorney
15

16   By:

17

18   _____

19   NORMAN M. BARBOSA
     Special Assistant United States Attorney
20

21

22

23

24

25

26

27

28

ORDER OF EXTENDING TIME FOR
COMPETENCY RESTORATION PROCESS  — 2
CR05-0309JLR