UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-309-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| KELTON LEE DANKERT, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 2, 2009. The United States was represented by AUSA Carl Blackstone and the defendant by Jay Stansell. The proceedings were digitally recorded.

Defendant had been sentenced on or about August 27, 2007 by the Honorable James L. Robart on a charge of Social Security Fraud and Aggravated Identity Theft, and sentenced to forty-eight months custody, 3 years supervised release. (Dkt. 33.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from consuming alcohol, participate in substance abuse testing and treatment, submit to search, participate in a mental health program, pay restitution in

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

the amount of $42,157, provide access to financial information, and not possess any false identification documents.

In an application dated March 6, 2009 (Dkt. 35), U.S. Probation Officer Michael S. Larsen alleged the following violation of the conditions of supervised release:

1. Failing to report to the probation officer as directed in violation of standard condition number 2.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 2nd day of April, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Carl Blackstone
Defendant's attorney: Jay Stansell
Probation officer: Michael S. Larsen