UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KELTON LEE DANKERT,<br><br>        Defendant. | Case No. CR05-309-JLR<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 16, 2009. The United States was represented by Assistant United States Attorney Jo Vanderlee, and the defendant by Peter Avenia.

The defendant had been charged and convicted of Social Security Fraud, in violation of 42 U.S.C. § 408(a)(7)(B) and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028(A). On or about August 27, 2007, defendant was sentenced by the Honorable James L. Robart, to a term of forty-eight (48) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $42,157 restitution, abstain from alcohol, submit to search, and no ID in other than true legal name.

In a Petition for Warrant or Summons, dated November 6, 2009, U.S. Probation

Officer Michael S. Larsen asserted the following violation by defendant of the conditions of his supervised release:

    (1) Using marijuana, on or about October 20 and 21, 2009, in violation of standard condition number 7.

    (2) Changing residences without at least ten days prior notice to the probation officer, on or before September 30, 2009, in violation of standard condition number 6.

    (3) Failing to report to the probation officer as instructed, on or about November 5, 2009, in violation of standard condition number 3.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable James L. Robart on December 8, 2009 at 1:00 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 16th day of November, 2009.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:        Honorable James L. Robart
      AUSA:               Ms. Jo Vanderlee
      Defendant's attorney:  Mr. Jay Stansell/Mr. Peter Avenia
      Probation officer:     Mr. Michael S. Larsen